795

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. THOMAS J. MCCARTHY, Appellant.

Submitted January 9, 1939; decided January 17, 1939.

Motion for reargument denied.  (See 278 N. Y. 561.)

In the Matter of EDITH BRITT et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Appellants.

Submitted January 9, 1939; decided January 17, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 279 N. Y. 701.)